239 So.2d 174

**STATE of Louisiana**

v.

**Lionel SMITH.**

No. 50813.

Sept. 22, 1970.

Writs refused. The showing made in the application is insufficient to warrant an exercise of our original or supervisory jurisdiction.

239 So.2d 174

**STATE of Louisiana, ex rel. Cecil T. HART**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary et al.**

No. 50845.

Sept. 22, 1970.

Writ refused. The showing made does not warrant the exercise of our supervisory jurisdiction.